IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-00596-DME-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: December 4, 2012** | Courtroom Deputy: Ellen E. Miller |

*Parties:*                                                                 *Counsel:*

CHERYL LYNN BORRELLI,                           James B. Lapin

    Plaintiff,

v.

TARGET CORPORATION,                             John R. Chase

    Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   FINAL PRETRIAL CONFERENCE/MOTION HEARING**
**Court in Session:**  8:30 a.m.
Court calls case.  Appearances of counsel.

Counsel advise the Court no additional discussion is needed as to the proposed final pretrial order which was tendered to the Court.

**ORDERED:   The FINAL PRETRIAL ORDER is signed and entered with interlineations.**

Parties are directed to the chambers of U. S. Circuit Court Judge David M. Ebel to obtain trial settings following this hearing.

The Court raises the plaintiff's First Motion *in Limine* to Exclude Evidence of Stipulation and Final Agency Order Regarding Lloyd Wesley Mobley, III, M.D. (Docket No. 36, filed on October 25, 2012) for argument and discussion.

**ORDERED:**  Plaintiff's FIRST MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF STIPULATION AND FINAL AGENCY ORDER REGARDING LLOYD WESLEY MOBLEY, III, M.D. (Docket No. **36**, filed on October 25, 2012) is **GRANTED IN PART AND DENIED IN PART** for reasons as set forth on the record.

HEARING CONCLUDED.

**Court in recess:**   9:09 a.m.
Total time in court:   00:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.