## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No.  12-cv-00596-DME-CBS

CHERYL BORRELLI, A/K/A CHER BORRELLI,

      Plaintiff,

v.

TARGET CORPORATION,

      Defendant.

---

## ORDER

---

This matter is before the Court upon receipt of the parties' Stipulated Notice of Settlement (Doc. No. 49).   It is ORDERED that the Final Trial Preparation Conference set for March 26, 2013, and the jury trial set to commence on April 1, 2013, are VACATED.  The parties shall file a Motion to Dismiss no later than April 15, 2013.

      DATED:    March    15   , 2013.


                        BY THE COURT:

                        *s/ David M. Ebel*

                        David M. Ebel
                        United States Circuit Judge
                        District of Colorado