# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-00596 - DME - CBS

CHERYL BORRELLI, A/K/A CHER BORRELLI

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

This matter, having come before this Court on the parties' Stipulated Motion to Dismiss with Prejudice, and the Court being adequately advised,

Orders that this matter be and hereby is dismissed with prejudice, each party to bear her/his/its own costs and expenses.

Dated:  March 18, 2013.

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge
District of Colorado